| Case No. | **ED CV 18-1034-DMG (KKx)** | Date | August 27, 2018 |
|---|---|---|---|

| Title | ***James River Insurance Company v. H and I Holding Corporation, et al.*** |
|---|---|

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER DISMISSING ACTION**

      In light of Plaintiff's Notice of Voluntary Dismissal filed on August 27, 2018 [Doc. # 10], the Court hereby **DISMISSES** this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). The Order to Show Cause dated August 14, 2018 [Doc. # 9] is discharged.

IT IS SO ORDERED.